UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROBERT S. DILL, § <br> § <br> *Plaintiff,* § <br> -v- § <br> § CIVIL ACTION NO. 1:23-cv-600 <br> § <br> AEGIS DEFENSE SERVICES LLC, § <br> d/b/a GARDAWORLD FEDERAL § <br> SERVICES § <br> § <br> *Defendant.* § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Aegis Defense Services LLC, d/b/a Gardaworld Federal Services ("Defendant"), by and through the undersigned counsel, files this Notice of Removal regarding Case No. 2023-DCV-1190, in the 41st Judicial District Court of El Paso County, Texas to the United States District Court for the Western District of Texas, El Paso Division, the district and division encompassing the state court in which the action is pending. This Notice of Removal is filed pursuant to 28 U.S.C. §1331 and 1446. In support thereof, Defendant respectfully shows this Court as follows:

A. **State Court Action**

1. Defendant has been sued in the case styled *Robert S. Dill. v. Aegis Defense Services LLC, d/b/a Gardaworld Federal Services*, Cause No. 2023-DCV-1190, pending in the 41st Judicial District of El Paso County, Texas ("State Court Action").

B. **Procedural Requirements**

2. This action is properly to this Court, as the State Court Action is pending within the Western District and El Paso Division pursuant to 42 U.S.C. §1446(a); *see* 28 U.S.C. §124(d)(4).

3. Pursuant to 28 U.S.C. §1446(a), Defendant files with this Notice an index of all documents filed in the State Court Action, including an accurate copy of all processes, docket sheets, pleadings, and orders served upon Defendant in the State Court Action. These documents are attached as Exhibit A.

**C. Timeliness of Removal**

4. On April 12, 2023, Plaintiff Robert S. Dill ("Plaintiff") filed his Original Complaint ("Original Complaint") in the State Court Action.

5. Defendant was served with the Original Complaint on April 27, 2023.

6. This removal is timely as it is filed within thirty (30) days after the date Defendant was served. 28 U.S.C. §1446(b)(1).

**D. Grounds for Removal**

7. This Court has original jurisdiction over this case under 28 U.S.C. §1331(a) based on federal question jurisdiction in that this action arises under the laws of the United States, namely the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601-2654.

8. In the Original Complaint, Plaintiff alleges that Defendant retaliated against him for taking protected FMLA leave.

**E. Notice to Parties and State Court**

9. Upon filing of this Notice with the federal district court, Defendant will give notice of this filing to Plaintiff, and will also file a copy of this Notice with the Clerk of the 41st Judicial District of El Paso County, Texas, where the action is currently pending.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that further proceedings in the case styled *Robert S. Dill. v. Aegis Defense Services LLC, d/b/a Gardaworld Federal Services*,

Cause No. 2023-DCV-1190, pending in the 41st Judicial District of El Paso County, Texas, be discontinued, and that this suit be removed to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

By: /s/ Lauren Hope Whiting
Mitchell F. Boomer
State Bar No. 24127463
Mitchell.Boomer@jacksonlewis.com
Lauren Hope Whiting
State Bar No. 24084091
Lauren.Whiting@jacksonlewis.com
JACKSON LEWIS P.C.
93 Red River Street, Suite 1150
Austin, Texas 78701
PH: (512) 362-7100
FX: (512) 362-5574

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Defendant's Notice of Removal* was e-filed on May 26, 2023 and was forwarded via certified U.S. Mail and e-mail to the following counsel of record as follows:

John A. Wenke
LAW OFFICE OF JOHN A. WENKE
501 E. California Ave.
El Paso, Texas 79902
Lawoffice@johnwenke.com

*/s/ Lauren Hope Whiting*
Lauren Hope Whiting

4872-8163-1588, v. 3